UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                             :         Chapter 13

   Debtor(s)                                       :         Bankruptcy No.: 18-15983      AMC

Lorraine Smalley-Small                             :

## CONSENT ORDER

AND NOW, this _____ day of _____, 2018, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor(s) four ( ) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave of Court. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 11/7/18

_____
LeRoy Etheridge for
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 11/7/18

_____
Attorney for Debtor (s)

Date: 11/7/18

_____
Debtor(s)

Date: _____

_____

**Date: November 20, 2018**

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE