**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 18-15983-mdc |
| Lorraine Smalley-Small, | Chapter 13 |
| Debtor. | |

**ORDER**

**AND NOW**, on this 29th day of March 2023, upon consideration of the Debtor's Motion to Vacate Order Barring Debtor from Filing Another Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor may file a new chapter 13 bankruptcy case (the "New Case") if she first executes a residential lease agreement that requires Tyese Smalley to pay rent to the Debtor in the amount of $1,200.00 per month as a tenant at the property located at 5041 Arch Street in Philadelphia.

3. If the New Case is dismissed for any reason, it shall be with prejudice and the Debtor shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within eighteen (18) months of the date of dismissal, without further leave of Court and a showing of extenuating circumstances.

4. This Order shall be effective without any further reference to its terms in any subsequent dismissal of the New Case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing it.

5. The dismissal of the New Case, in and of itself, shall be sufficient to effectuate this Order and the barring of the Debtor from further filings in accordance with its terms.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge